PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.   Petty, Mark Dale         Docket No.   0980 2:13CR02092-030

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Carrie A. Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark Dale Petty, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 12th day of September 2013, under the following condition:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1** The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington by using marijuana on an unknown date in December 2013, and on or about March 11, 2014.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   March 26, 2014

by   s/Carrie A. Valencia

Carrie A. Valencia
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/26/14
Date